LACONIA SAVINGS BANK v. WM. A. SIMPSON, *et al.*—CONCORD SAVINGS BANK v. WM. A. SIMPSON, *et al.*

TWO CASES, brought here by petition in error from the district court of Douglas county. In each of these cases, *T. A. Hurd* and *O. A. Bassett* appeared for plaintiff in error, and *S. O. Thacher* for defendant in error James S. Crew.

The opinion of the court was delivered by

HORTON, C. J.: The questions in these cases are like those in the case of *The Meredith Village Savings Bank v. Wm. A. Simpson, et al.*, supra, and therefore the decision in that case is decisive in these. The judgment in each case will be affirmed accordingly, with costs.

All the Justices concurring.